UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL FIRE PROTECTION ASSOCIATION, INC., Plaintiff, -v.- DOES 1-200, *et al.*, Defendants. | 18 Civ. 6029 (KPF) **ORDER** |

KATHERINE POLK FAILLA, District Judge:

On November 20, 2019, the Court held a teleconference with counsel for Plaintiff National Fire Protection Association, Inc. and counsel for Defendants Arun Anand, Amish Gupta, Rikshit Sahni, Danielle's Marketing Inc., DAP Management LLC, and Joseph Pane, regarding a discovery dispute between Plaintiff and Defendants Anand, Gupta, and Sahni. The Court issued an order directing Plaintiff and Defendants Anand, Gupta, and Sahni to either complete depositions or inform the Court of their intention to enter settlement discussions by December 16, 2019. In light of the extended discovery date, and the parties continued consideration of a potential settlement, the status conference currently scheduled for December 5, 2019 is hereby ADJOURNED *sine die*.

SO ORDERED.

Dated: November 20, 2019
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge