UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL FIRE PROTECTION
ASSOCIATION, INC.,

                Plaintiff,

-v.-

SWETS INFORMATION SERVICES
PRIVATE LIMITED, *et al.*,

                Defendants.

18 Civ. 6029 (KPF)

ORDER OF DISCONTINUANCE

KATHERINE POLK FAILLA, District Judge:

      By letter dated March 17, 2020, Plaintiff; Defendants Arun Anand, Amish Gupta, and Rikshit Sahni (collectively, the "Canadian Defendants"); and Danielle's Marketing Inc., DAP Management LLC, and Joseph Pane (collectively, the "Pane Defendants") reported to the Court that they have reached a settlement in this case. Accordingly, it is hereby:

      ORDERED that this action be conditionally discontinued as to the Canadian Defendants and the Pane Defendants without prejudice and without costs; provided, however, that within thirty (30) days of the date of this Order, the parties may submit to the Court their own Stipulation of Settlement and Dismissal for the Court to So Order. Otherwise, within such time Plaintiff may apply by letter for restoration of the action to the active calendar of this Court in the event that the settlement is not consummated. Upon such application for reinstatement, the parties shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action as it relates to the Canadian Defendants and the Pane Defendants to its active docket, and the

parties shall be directed to appear before the Court, without the necessity of additional process, on a date within ten (10) days of the application, to schedule remaining pretrial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice as to the Canadian Defendants and the Pane Defendants in the event that Plaintiff has not requested restoration of the case to the active calendar within such 30-day period.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case as to the Canadian Defendants and Pane Defendants.

SO ORDERED.

Dated: March 17, 2020
New York, New York

KATHERINE POLK FAILLA
United States District Judge